UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| FRANK TILLER,<br><br>    Plaintiff,<br><br>    v.<br><br>PAUL TALBOT, et al.,<br><br>    Defendants. | CAUSE NO. 3:20-CV-700-JD-MGG |

OPINION AND ORDER

Frank Tiller, a prisoner without a lawyer, filed a complaint in the United States District Court for the Southern District of Indiana attempting to raise claims based on events that occurred in two prisons – Pendleton Correctional Facility in the Southern District and Miami Correctional Facility here in the Northern District. When the court in the Southern District reviewed the complaint, it dismissed all of the claims arising out Pendleton because they were beyond the statute of limitations. It then transferred the case to this court to address the claims arising at Miami.

Tiller named nine defendants in his original seven page complaint and spends most the complaint discussing events which occurred while he was at Pendleton. It is unclear which defendants are connected to Pendleton and which to Miami. It is unclear what happened at Miami and how each defendant was personally involved. Tiller needs to file an amended complaint focusing exclusively on the events and defendants at Miami. To do so, he needs to place this cause number on a **Pro Se 14 (INND Rev. 2/20) Prisoner Complaint** form which is available from his prison law library. In the

amended complaint, he needs clearly identify each defendant and explain how they were personally involved. He needs to explain what they did or did not do which makes them financially liable to him for violating his constitutional rights.

For these reasons, Frank Tiller is granted until **September 30, 2020**, to file an amended complaint on the proper form.

SO ORDERED on August 28, 2020

/s/JON E. DEGUILIO
CHIEF JUDGE
UNITED STATES DISTRICT COURT